UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE ROMERO, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | Case No: 1:20-cv-07188-JPO |
| -against- | STIPULATION OF DISMISSAL WITH PREJUDICE |
| GLOBAL INTIMATES LLC | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         December 7, 2020

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Bennet J. Moskowitz, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
bennet.moskowitz@troutmansanders.com
*Attorneys for Defendant*